No. 83–113.   WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* PROFFITT.   C. A. 11th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 83–200.   MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS *v.* TARPLEY.   C. A. 5th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 83–514.   HALL *v.* UNITED STATES ET AL.   C. A. 6th Cir. Motion of petitioner to defer consideration of the petition for writ of certiorari denied.   Certiorari denied.

No. 83–539.   ARTHUR ANDERSEN & CO. ET AL. *v.* SCHACHT, ACTING DIRECTOR OF INSURANCE OF ILLINOIS AND LIQUIDATOR OF RESERVE INSURANCE CO.; and

No. 83–548.   BROWN ET AL. *v.* SCHACHT, ACTING DIRECTOR OF INSURANCE OF ILLINOIS AND LIQUIDATOR OF RESERVE INSURANCE CO.   C. A. 7th Cir.   Motion of Peat, Marwick, Mitchell & Co. for leave to file a brief as *amicus curiae* in No. 83–539 granted.   Certiorari denied.   Reported below: 711 F. 2d 1343.

No. 83–547.   OHIO-SEALY MATTRESS MANUFACTURING CO. ET AL. *v.* SEALY, INC., ET AL.   C. A. 7th Cir.   Motion of petitioners to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

No. 83–583.   JOYNER *v.* MOFFORD, SECRETARY OF STATE OF ARIZONA, ET AL.   C. A. 9th Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.